OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701
02 1W
0001401623 JUL. 08. 2015

US POSTAGE ≫ PITNEY BOWES

$ 000.27⁵

7/1/2015

COPPOLA, WILLIAM LEWIS AKA THUNDERHORSE, IRON    WR-9,360-12

Tr. Ct. No. 1437372-A

On this day, the application for Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

WILLIAM LEWIS COPPOLA
BYRD UNIT - TDC # 624391
21 FM 247
HUNTSVILLE, TX 77320

ANK